UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-8258-MWF(JCx)**                    Dated: January 14, 2022

Title:    Elir Itzhaki -*v*- Equifax Information Services, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                  None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                  None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

       In light of the Notice of Settlement [28] filed January 4, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for March 7, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

       IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk    rs
CIVIL - GEN