UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-8258-MWF(JCx)**                    Dated: **November 16, 2022**

Title:       Elir Itzhaki -*v*- Equifax Information Services, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                              None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):          COURT ORDER**

In light of the Notice of Settlement as to Experian Information Solutions, Inc. [48] filed November 15, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for January 23, 2023 at 11:30 a.m.  All other hearings and deadlines are hereby vacated.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

IT IS SO ORDERED.

MINUTES FORM 90                                  Initials of Deputy Clerk ___rs__
CIVIL - GEN