JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elir Itzhaki,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.,<br>Bank of America, N.A.<br><br>　　　　　　　　　Defendant. | Case No.: CV 21-8258-MWF(JCx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　THE COURT, having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice, and for good cause shown, ORDERS Experian Information Solutions, Inc. dismissed with prejudice, with each party to bear their respective costs and fees.

　　IT IS SO ORDERED.

Dated: December 13, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge